UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CITY OF COVINGTON, KENTUCKY,<br><br>*Plaintiff,*<br><br>v.<br><br>PURDUE PHARMA, L.P., et al.,<br><br>*Defendants.* | Case No. 1:18-op-45967-DAP |

## NOTICE OF VOLUNTARY DISMISSAL
## OF ASSERTIO THERAPEUTICS, INC. WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims and causes of action against defendant Assertio Therapeutics, Inc. (f/k/a Depomed, Inc.), without prejudice, and with each party to bear its own costs.

This dismissal as to Assertio Therapeutics, Inc. does not affect any other claims against any other defendants named in this action. The claims against those remaining defendants are unaffected by this notice.

1

Date: October 9, 2025                                         Respectfully submitted,

John C. Cherundolo, Esq. (#101339)  /s/___ *Eva Brindisi Pearlman*_____
CHERUNDOLO LAW FIRM, PLLC           Eva Brindisi Pearlman, Esq. (#508958)
15th Floor, AXA Tower I             Louis Brindisi, Esq. (#1610096)
100 Madison Street                  BRINDISI, MURAD, BRINDISI &
Syracuse, NY 13202                  PEARLMAN, LLP
Tel: 315-449-9500                   2713 Genesee Street
Fax: 315-449-9804                   Utica, New York 13501
jcherundolo@cherundololawfirm.com   Tel: (315) 733-2396
                                    epearlman@bmbplawyers.com
Robert F. Julian, Esq. (#601157)    louisb2638@aol.com
ROBERT F. JULIAN, P.C.
73 Genesee Street Utica,
New York 13501                      ***Attorneys for Plaintiff***
Tel: (315) 733-2396

Barbara D. Bonar, Esq. (#42213)
Of Counsel
Gatlin Voelker, PLLC
50 East Rivercenter
Suite 1275
Covington, Kentucky 41011
859-781-9100

2

## CERTIFICATE OF SERVICE

I certify that, on October 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all counsel of record in this action.

/s/ Eva Brindisi Pearlman